ORIGINAL

**FILED**
NOV - 6 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

1 | DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 | P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
JOHN DOLORES MARTINEZ ) Case No. 08-56752 MM
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2457657 for an unclaimed dividend in the amount of $856.74. The name and address of the claimant entitled to the unclaimed dividend is as follows;

JOHN DOLORES MARTINEZ
\*\*\*MAIL RETD 10/09\*\*\*
10 1/2 HEBERT RD
SALINAS, CA 93906

Dated: November 04, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE